# NOTICE OF CONVENTIONALLY SEALED DOCUMENTS

DISCLOSURE NOTIFICATION 9.01 on Memorex 9.22.05  2.C.3 CD-R

THE ~~FOLLOWING~~ DISCLOSURE HAS BEEN CONVENTIONALLY SEALED

## NOTICE OF DISCLOSURE

NOTICE OF LIMELIGHT: IN THE INTEREST OF PROTECTING THE TRADESECRETS IN LIMELIGHT THE DISCLOSED INFORMATION CAN BE PUBLIC LIGHT IN PURSUANT TO THESE TRADE SECRETS ARE THE DEFENDANTS OWN. FAILURE TO COMPLY WITH THE PLAINTIFF'S TERMS CONTAINED THEREIN WILL RESULT IN A MOTION OF DISCOVERY EXPOSING LIMELIGHT AS PUBLIC LIGHT

NOTICE OF 7 day quick claim contract

THIS is a Quick claim contract. IF THE TERMS OF THIS CONTRACT ARE NOT MET within IN 7 Days or ARE Disagreed upon, THE Defendant must serve The Plaintiff and show Proof of service for serving the Plaintiff IN This Court OR A Default Judgement is requested by the Plaintiff

Reciept # ~~[scribbled out]~~

## Actions to clear titles

1. in pursuant to Minn. Stat. § 559.01 - .05
2. Action of ejectment in pursuant to
   559.07 - .16
   559.23 - .25
   MN STAT
   Chapter 284
   508

Action to determine adverse claims under M.S.A. 559.

Lis pendens

Action to Remove a cloud Quiet title action under M.S.A. 559.