# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR DISCLOSURE 9.22.05**

Church of the Cross

                Plaintiff(s)

v.                              Case Number:   13-cv-2495 DWF/JJG

See disclosure

                Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

DISCLOSURE 9.22.05

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

_X__ Physical Object (description): CD

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order: ___ )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
     (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).